UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM GARCIAN MIRANDA,
A-246-590-623,

        Petitioner,

    v.

WARDEN,

        Respondent.

No.  1:26-cv-2200-DC-CKD P

ORDER

Petitioner is detained by Immigrations and Customs Enforcement and is currently proceeding without counsel. Petitioner filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner also filed a motion for appointment of counsel. The court would consider appointing counsel for petitioner based on the complexity of the legal issues involved if petitioner is indigent. See 18 U.S.C. § 3006A(a)(2)(B); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). In addition, petitioner must either be granted leave to proceed in forma pauperis or pay the filing fee in order to proceed. See 28 U.S.C. §§ 1914(a); 1915(a). Accordingly, petitioner will be provided an opportunity to submit the appropriate affidavit in support of a request to proceed in forma pauperis.

In accordance with the above, IT IS ORDERED that:

1.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

1

2.  Petitioner shall submit any affidavit in support of a request to proceed in forma pauperis within 30 days.

Dated:  March 24, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mira2200.2241imm.ifp

2