UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM GARCIA MIRANDA (A-246-590-623),

Petitioner,

v.

WARDEN, et al.,

Respondents.

No. 1:26-cv-02200-DC-CKD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 22)

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within 14 days. (Doc. No. 22.) On July 9, 2026, Petitioner filed objections to the findings and recommendations in which he asserts that he is entitled to relief under 8 U.S.C. § 1226(a) because he disputes the validity of his purported waiver of appeal as to his removal order. (Doc. No. 23.) However, those arguments were already addressed and rejected by the magistrate judge and the undersigned in this case and other cases. (*See* Doc. Nos. 21, 22); *see also Brar v. Wofford*, No. 1:26-cv-02177-DC-JDP, 2026 WL 2389256, at *1 (E.D. Cal. Aug. 17, 2026) (denying petition for a writ of habeas corpus where the

petitioner's detention pursuant to an order of removal had not grown prolonged and the government provided evidence that the petitioner's home country was amenable to facilitating removal efforts).

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS ORDERED as follows:

1. The findings and recommendations (Doc. No. 22) are ADOPTED;
2. Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED without prejudice;
3. The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 21, 2026**

Dena Coggins
United States District Judge